IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cause No. CR 06-073-BLG-RFC |
| ) | CV 09-149-BLG-RFC |
| Plaintiff/Respondent, ) | |
| ) | |
| vs. ) | ORDER DENYING MOTIONS |
| ) | |
| MICHAEL W. RYAN, ) | |
| ) | |
| Defendant/Movant. ) | |

On November 5, 2009, Defendant/Movant Michael Ryan, a federal prisoner proceeding with counsel, filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. Mot. § 2255 (*doc. 281*). The motion and a certificate of appealability ("COA") were denied on February 4, 2010. Order (*doc. 286*).

Still represented by counsel, Ryan moved the Court of Appeals to issue a COA. The motion was denied. *United States v. Ryan*, No. 10-35133 (Aug. 31, 2010) (*doc. 291*).

Acting pro se, Ryan filed a petition for writ of certiorari in the United States Supreme Court. It was denied on January 18, 2011. Clerk's Letter (*doc. 293*) at 1.

On February 17, 2011, Ryan, acting pro se, filed a motion under Fed. R. Civ. P. 60(b)(4) seeking relief from the order denying his § 2255 motion in this Court. He

alleges that the order is void because issuing it without a hearing was so unfair that it violated the most fundamental principles of due process of law. He also moves for recusal and reassignment of the Rule 60 motion to a different judge.

Ryan's counsel briefed both issues in his motion for a COA in the Ninth Circuit Court of Appeals. *E.g.*, Mot. for COA at 3, 4, 13, 16-20, *Ryan*, No. 10-35133 (May 5, 2010). If the issues had merit, the Court of Appeals would have granted a COA. This Court cannot "reconsider[] an issue that has already been decided by . . . a higher court in the identical case." *United States v. Alexander*, 106 F.3d 874, 876 (9th Cir. 1997).

A COA is denied because the Ninth Circuit Court of Appeals has already denied one on these same issues.

Accordingly, IT IS HEREBY ORDERED:

1. Ryan's motions to recuse (*doc. 295*) and to void the judgment under Fed. R. Civ. P. 60(b) (*doc. 294*) are DENIED.

2. A certificate of appealability is DENIED.

DATED this 13th day of April, 2011.

Richard F. Cebull, Chief Judge
United States District Court